IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP VICARIO, | ) | Case No. 8:12CV56 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CONNECTICUT GENERALLIFE INSURANCE CO., | ) ) | |
| | ) | |
| Defendant. | | |

Pursuant to an agreement reached on September 5, 2012, during a settlement conference with the undersigned magistrate judge,

**IT IS ORDERED:**

1. On or before **November 23, 2012,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated: October 25, 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge